1  **COX, WOOTTON, LERNER**
2  **GRIFFIN & HANSEN, LLP**
   Neil S. Lerner (SBN 134031)
3  nsl@cwlfirm.com
   Arthur A. Severance (SBN 246691)
4  aseverance@cwlfirm.com
   12011 San Vicente Blvd., Suite 600
5  Los Angeles, CA  90049
   Telephone: 310-440-0020
6  Facsimile:  310-440-0015

7
   Attorneys for Defendants
8  Global Transportation Services, Inc.,
   Global Container Line, Inc.,
9  Odyssey International Services, Inc., and
   Odyssey Logistics & Technology Corporation
10

11           **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13                **WESTERN DIVISION**

14  CONTINENTAL INSURANCE          ) Case No.: 2:20-cv-04527-DDP-
    COMPANY, a corporation;        ) JPR
15  BLUESTEM GROUP, INC., a        )
    corporation;                   )
16                                 ) Hon. Dean D. Pregerson
                                   )
17              Plaintiffs,        ) **Joint Report Pursuant to**
                                   ) **Federal Rule of Civil Procedure**
18        v.                       ) **26(f) and Local Rule 26-1**
                                   )
19  GLOBAL TRANSPORTATION          )
    SERVICES, INC., a corporation; ) DATE:  August 31, 2020
20  GLOBAL CONTAINER LINE, INC.,   ) TIME:   1:30 p.m.
    an entity of unknown form;     )
21  ODYSSEY INTERNATIONAL          )
    SERVICES, INC., a corporation; )
22  ODYSSEY LOGISTICS &            )
    TECHNOLOGY CORPORATION, a      )
23  corporation; and DOE ONE through )
    DOE TEN;                       )
24                                 )
                                   )
25              Defendants.        )
    _____)
26

27  ///

28  ///

COX, WOOTTON,
LERNER, GRIFFIN, &
HANSEN, LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES, CA
90049
TEL: 310-440-0020
FAX: 310-440-0015

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1, and the Court's Order setting Scheduling Conference, the parties hereby submit the following Joint Report:

**A.     Discovery Plan**

      **1.     Initial Disclosures**

The parties will make their initial disclosures pursuant to Rule 26(a)(1) on or before August 24, 2020.

      **2.     Subjects on Which Discovery May Be Needed and Completion of Discovery**

The Plaintiffs anticipate that they may need discovery regarding the condition of the cargo at delivery, and the condition of the container at delivery, as well as any affirmative defenses defendants intend to pursue.

The Defendants anticipate that they may need discovery regarding several factual issues, including but not limited to the disposition of the allegedly damaged cargo; the alleged damage to the cargo; the costs of rehabilitating the cargo; the policy under which Plaintiff Continental Insurance Company compensated Plaintiff Bluestem System Group, Inc., for the latter's alleged losses; the amount of compensation actually paid; the container in which the cargo was transported; how the cargo was packaged within the cartons; and how the cartons were packed into the container.

The parties believe that non-expert discovery can be completed by August 31, 2021.

      **3.     Electronically Stored Information**

The parties do not anticipate any issues regarding the disclosure, discovery, or preservation of electronically stored information.  They agree that any discoverable emails or electronic documents requested in discovery may initially be produced in PDF format along with a representation as to how the information is actually stored if it is not obvious from the face of the email or document itself.

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES, CA
90049
TEL: 310-440-0020
FAX: 310-440-0015

The parties further agree that discoverable information stored in a database or database management system requested in discovery may be initially produced by querying the database for the information, producing a report or reasonably usable and exportable electronic file, and representing how the report or file was generated and how the information is actually stored.

The parties also agree that if the requesting party thereafter wishes to review any of the foregoing electronically stored information in its native form or specify how a database should be queried, the parties shall meet, confer, and reasonably cooperate regarding the request, and the requesting party shall be liable for any cost of producing the information.

### 4.   Privilege and Protection

The parties do not currently anticipate any specific issues regarding claims of privilege or protection and therefore do not, at this time, specify any procedure for addressing such issues beyond what is set forth in the Federal Rules of Civil Procedure.

### 5.   Limits on Discovery

The parties do not currently believe any changes should be made to the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Court's Local Rules.

### 6.   Other Orders

The parties do not currently anticipate the need for any orders pursuant to Rules 16(b), 16(c), or 26(c) beyond the one required by Rule 16(b)(1)(A).

## B.   Manual for Complex Litigation

The parties do not believe that the matter is complex or that any of the procedures of the Manual for Complex Litigation should be utilized.

///

///

///

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES, CA
90049
TEL: 310-440-0020
FAX: 310-440-0015

**C.     Motion Schedule**

The Plaintiffs do not anticipate filing any motions at this time, but reserve the right to bring any appropriate motions, including motions for summary judgment or partial summary judgment, as supported by discovery findings.

The Defendants anticipate they are likely to file a motion for summary judgment or partial summary judgment regarding the liability that the Plaintiffs assert against them.  Pursuant to Rule 56(b), they will file such a motion within 30 days after the close of discovery, if not sooner.

**D.     Alternative Dispute Resolution (ADR)**

The parties are already engaged in settlement discussions.  Of the three ADR procedures specified in Local Rule 16-15.4, the parties select:

> ADR PROCEDURE NO. 1 – The Parties shall appear before the district judge or a magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

Specifically, the parties request an early neutral evaluation to be conducted by the assigned magistrate judge.  If the case does not settle in such an evaluation, the parties are also open to mediating the case before a neutral selected from the Court's Mediation Panel (ADR Procedure No. 2).

**E.     Trial Estimate**

Because this case is within the Court's admiralty jurisdiction, it will be tried to the bench.  The parties estimate the trial will take three (3) days.

**F.     Additional Parties**

The parties do not anticipate the appearance of any additional parties.

**G.     Expert Witnesses**

The parties shall disclose their expert witnesses and exchange expert reports 90 days before the date initially set for trial or for the case to be ready for trial.  They will designate any rebuttal expert witnesses and exchange any rebuttal expert reports 30 days before the date initially set for trial or for the case to be ready for trial.

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES, CA
90049
TEL: 310-440-0020
FAX: 310-440-0015

**H.     No Waiver of Pretrial Procedures**

The parties do not currently suggest any departure from the pretrial procedures set forth in Local Rules 16-2 through 16-10 and do not waive those procedures.

**I.     Other Issues**

The parties are discussing whether any of the named Defendants should be dismissed.  If they agree any should be, Plaintiffs will dismiss such Defendants on or before September 10, 2020.

Respectfully submitted,

Dated: August 13, 2020                COX, WOOTTON, LERNER,
                                      GRIFFIN & HANSEN, LLP

                                      By:  /s/ Neil S. Lerner
                                           Neil S. Lerner
                                           Arthur A. Severance
                                           Attorneys for Defendants
                                           Global Transportation Services, Inc.,
                                           Global Container Line, Inc.,
                                           Odyssey International Services, Inc.,
                                           and Odyssey Logistics &
                                           Technology Corporation

Dated: August 13, 2020                GIBSON, ROBB, & LINDH, LLP

                                      By:  /s/ Joshua E. Kirsch
                                           Joshua E. Kirsch
                                           Nathaniel M. Simmons
                                           Attorneys for Plaintiffs
                                           Continental Insurance Company and
                                           Bluestem Group, Inc.

COX, WOOTTON,
LERNER, GRIFFIN, &
HANSEN, LLP

12011 SAN VICENTE BLVD.
SUITE 600
LOS ANGELES, CA
90049
TEL: 310-440-0020
FAX: 310-440-0015

**<u>CERTIFICATE OF SERVICE</u>**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12011 San Vicente Boulevard, Suite 600, Los Angeles, California, 90049.

On **August 13, 2020,** I served the following document(s)

**Joint Report Pursuant to Federal Rule of Civil Procedure 26(f)**

**and Local Rule 26-1**

on the interested parties in this action:

| | |
|---|---|
| Joshua E. Kirsch<br>Nathaniel M. Simons<br>201 Mission Street, Suite 2700<br>San Francisco, CA 94015<br>Tel. (415) 348-6000<br>Fax (415) 348-6001<br>jkirsch@gibsonrobb.com<br>nsimons@gibsonrobb.com | **Attorneys for Plaintiffs**<br><br>CONTINENTAL INSURANCE COMPANY and<br><br>BLUESTEM GROUP, INC. |

☒ **(BY ECF)** I electronically served the referenced documents through ECF/PACER. E-service in this action was completed on all parties listed on the service list with ECF/PACER.

☒ **(FEDERAL)** I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on **August 13, 2020,** at Los Angeles, California.

/s/ Arthur A. Severance

Arthur A Severance