# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-04527-DDP-JPR | Date | May 12, 2021 |
|---|---|---|---|

| Title | Continental Insurance Company et al v. Global Transportation Services, Inc. et al |
|---|---|

Present: The Honorable DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS ) ORDER

    In light of the Notice of Settlement filed May 6, 2021, the Court sets a hearing on Order to Show Cause Re Dismissal for June 14, 2021 at 10:00 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.

00 : 00

Initials of Preparer  PG