1  **COX, WOOTTON, LERNER GRIFFIN & HANSEN, LLP**
2  Neil S. Lerner (SBN 134031)
   nsl@cwlfirm.com
3  Arthur A. Severance (SBN 246691)
4  aseverance@cwlfirm.com
   12011 San Vicente Blvd., Suite 600
5  Los Angeles, CA  90049
   Telephone: 310-440-0020
6  Facsimile:  310-440-0015

7
   Attorneys for Defendants
8  Global Transportation Services, Inc.,
   Global Container Line, Inc.,
9  Odyssey International Services, Inc., and
   Odyssey Logistics & Technology Corporation
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, a corporation; BLUESTEM GROUP, INC., a corporation; | Case No.: 2:20-cv-04527-DDP-JPR |
| | Hon. Dean D. Pregerson |
| Plaintiffs, | **Stipulation to Continue Hearing on Order to Show Cause** |
| v. | |
| GLOBAL TRANSPORTATION SERVICES, INC., a corporation; GLOBAL CONTAINER LINE, INC., an entity of unknown form; ODYSSEY INTERNATIONAL SERVICES, INC., a corporation; ODYSSEY LOGISTICS & TECHNOLOGY CORPORATION, a corporation; and DOE ONE through DOE TEN; | |
| Defendants. | |

///

///

Stipulation to Continue Hearing    1    Case No. 2:20-cv-04527-DDP-JPR

Plaintiffs Continental Insurance Company and Bluestem Group, Inc. and Defendants Global Transportation Services, Inc., Global Container Line, Inc., Odyssey International Services, Inc., and Odyssey Logistics & Technology Corporation hereby stipulate as follows:

1. As previously indicated in the Notice of Settlement (ECF No. 24), the parties have reached a settlement that resolves the entire case.

2. The Court has scheduled a hearing on an Order to Show Cause Re Dismissal for June 14, 2021, 10:00 a.m. (Order, May 12, 2021, ECF No. 25.)

3. The parties have exchanged a draft settlement agreement and anticipate that they will agree on language in the next few days.

4. They estimate it will take as much as a week to fully execute the agreement once they agree upon language.

5. They further estimate it could take four to five weeks to complete performance of the settlement agreement after it is executed and to submit a stipulation for dismissal.

6. The parties do not anticipate needing the Court's assistance to finalize and perform the settlement within that time frame.

7. The only other time modification the parties have requested in this matter was to extend the time for Defendants to respond to the Complaint (ECF No. 15).

8. The parties do not anticipate that the requested time modification will have any effect on the case schedule.

9. Therefore, the parties hereby stipulate to continue the hearing on the Order to Show Cause by six weeks, to July 28, 2021, at 10:00 a.m. or such date and time thereafter as may be convenient for the Court.

///

///

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
12011 SAN VICENTE BLVD. SUITE 600
LOS ANGELES, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015

1      10.   Accordingly, the parties respectfully request that the Court issue an
2 order continuing the hearing on the Order to Show Cause to July 28, 2021, at
3 10:00 a.m. or such date thereafter as may be convenient for the Court.

4   Dated: June 10, 2021           COX, WOOTTON, LERNER,
5                                        GRIFFIN & HANSEN, LLP

6                                        By: /s/ Arthur A. Severance
7                                            Neil S. Lerner
                                           Arthur A. Severance
8                                            Attorneys for Defendants
9                                            Global Transportation Services, Inc.,
                                           Global Container Line, Inc.,
10                                           Odyssey International Services, Inc.,
                                           and Odyssey Logistics &
11                                           Technology Corporation

12 Dated: July 15, 2020             GIBSON ROBB & LINDH LLP

13                                          By: /s/ Joshua E. Kirsch
14                                            Joshua E. Kirsch
15                                            Attorneys for Plaintiffs
                                           Continental Insurance Company and
16                                            Bluestem Group, Inc.

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
12011 SAN VICENTE BLVD. SUITE 600
LOS ANGELES, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015

Stipulation to Continue Hearing       3       Case No. 2:20-cv-04527-DDP-JPR