# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, a corporation; BLUESTEM GROUP, INC., a corporation; | Case No.: 2:20-cv-04527-DDP-JPR |
| | Hon. Dean D. Pregerson |
| Plaintiffs, | **[Proposed] Order Continuing Hearing on Order to Show Cause** |
| v. | |
| GLOBAL TRANSPORTATION SERVICES, INC., a corporation; GLOBAL CONTAINER LINE, INC., an entity of unknown form; ODYSSEY INTERNATIONAL SERVICES, INC., a corporation; ODYSSEY LOGISTICS & TECHNOLOGY CORPORATION, a corporation; and DOE ONE through DOE TEN; | |
| Defendants. | |

///

///

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
12011 SAN VICENTE BLVD. SUITE 600
LOS ANGELES, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015

WHEREAS Plaintiffs Continental Insurance Company and Bluestem Group, Inc. and Defendants Global Transportation Services, Inc., Global Container Line, Inc., Odyssey International Services, Inc., and Odyssey Logistics & Technology Corporation have stipulated to continue the hearing on the Order to Show Cause Re Dismissal (May 12, 2021, ECF No. 25) that is currently set for June 14, 2021, at 10:00 a.m.; and

WHEREAS the parties have settled the case and have indicated that they are close to agreeing on language for the settlement agreement and anticipate that the agreement will be fully executed, performance of the settlement obligations will be complete, and a stipulation for dismissal will be filed within the next few weeks; and

WHEREAS the parties have requested that the Court continue the hearing on the Order to Show Cause Re Dismissal to July 28, 2021, at 10:00 a.m. or such date and time thereafter as may be convenient for the Court;

THE COURT FINDS that good cause exists to continue the hearing.

IT IS THEREFORE ORDERED that the hearing on the Order to Show Cause Re Dismissal is continued to _____ at _____. If a stipulated dismissal is filed prior to that date, the matter will be taken off calendar, all pending dates will be vacated, and no appearance is needed.

Date: _____                    _____
                                           Hon. Dean D. Pregerson

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP
12011 SAN VICENTE BLVD. SUITE 600
LOS ANGELES, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015